UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TEJON ADAMS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>EQT CORPORATION | Case No: 2:17-cv-00853-DSC<br>Class Action (Fed. R. Civ. P. 23)<br>Collective Action (29 U.S.C. § 216(b)) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**Michael A. Josephson**
State Bar No. 24014780
**Andrew Dunlap**
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

**Joshua P. Geist**
PA. I.D. No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS MEMBERS**

Plaintiff Tejon Adams filed this class and collective action on behalf of all independent contractor oilfield workers paid a day rate. ECF No. 1. As shown in the supporting memorandum, Adams and Defendant EQT Corporation ("EQT") have reached a Settlement Agreement of the claims of 107 persons, which is the result of arms-length negotiation between qualified counsel. ECF 39. Adams respectfully requests that the Court preliminarily approve the settlement so that notice may be sent to Class Members informing them of the terms of the settlement, their settlement share, and how to participate.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
Michael A. Josephson
Texas Bar No. 24014780
*(Pending Pro Hac Vice)*
Andrew W. Dunlap
Texas Bar No. 24078444
*(Admitted Pro Hac Vice)*
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

Joshua P. Geist
PA. I.D. No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: (412) 766-1455
Fax: (412)766-0300
josh@goodrichandgeist.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500

Houston, Texas 77046  
713-877-8788 – Telephone  
713-877-8065 – Facsimile  
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I served this document and its attachment of Defendants through the Court's electronic filing system.

*/s/ Andrew W. Dunlap*

### CERTIFICATE OF CONFERENCE

I conferred with counsel for Defendants who indicated that Defendants support the relief requested in this motion.

*/s/ Andrew W. Dunlap*